AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Diaz | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01450 |
| Ker Geotech Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff(s).

Date: 05/28/2025

/s/ s/ Robert Jun
*Attorney's signature*

Robert Jun, [5290143]
*Printed name and bar number*

Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Address*

robert@faillacelaw.com
*E-mail address*

(212) 317-1200
*Telephone number*

(212) 317-1620
*FAX number*