**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
ORLANDO OLAYA DIAZ, *individually and on behalf of others similarly situated,*

                      *Plaintiff,*

       -against-

KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA,

                      *Defendants,*
------------------------------------------------------X

Civil Action No. **1:25-cv-01450**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:

    Avram Eliezer Frisch
    1 University Plaza, Suite 119
    Hackensack, NJ 07601
    201-289-5352
    frischa@avifrischlaw.com
    *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff ORLANDO OLAYA DIAZ hereby accepts the offer of judgment made by Defendants KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated September 22, 2025. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
        September 23, 2025

                                              Robert Jun, Esq.
                                              Michael Faillace & Associates, P.C.
                                              60 East 42nd Street, Suite 4510
                                              New York, NY 10165
                                              (212) 317-1200
                                              *Attorneys for Plaintiff*