UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORLANDO OLAYA DIAZ, *individually and on behalf of others similarly situated,*

                              *Plaintiff,*

-against-

KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA,

                             *Defendants.*

Case No. 1:25-cv-01450-DEH-VF

**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA (collectively "Defendants"), hereby offer to allow judgment be entered against them jointly and severally in this action in favor of Plaintiff ORLANDO OLAYA DIAZ ("Plaintiff") in the sum of Seventy Thousand Dollars and Zero cents ($70,000.00) in full and final resolution of all of Plaintiff's claims for relief including, without limitation, claims for unpaid wages, overtime, liquidated damages, statutory damages, punitive damages, emotional damages, interest, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of or otherwise related to the allegations in this action ("Rule 68 Offer of Judgment"). The total of Seventy Thousand Dollars and Zero Cents ($70,000.00) shall be paid as follows:

    a. Installment One: A check in the amount of Thirty Thousand Dollars and No Cents ($30,000.00) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within thirty (30) days of the Court entering judgment against Defendants.

    b. Installment Two: A check in the amount of Twenty Thousand Dollars and No Cents

1

($20,000.00) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within sixty (60) days of the Court entering judgment against Defendants.

c. Installment Three: A check in the amount of Twenty Thousand Dollars and No Cents ($20,000.00) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within ninety (90) days of the Court entering judgment against Defendants.

This Rule 68 Offer of Judgment is made solely for the purposes specified in F.R.C.P. Rule 68 and evidence of this offer is not admissible except in a proceeding to determine attorneys' fees, interest and costs. Neither this offer, nor any judgment that may result from this offer, may be construed either as an admission (i) that Defendants are liable in this or any action; (ii) that any allegations of the Complaint are true; or (iii) that Plaintiff has suffered any damages, or is in any way entitled to recovery of any sums, inclusive of costs and/or attorney's fees.

Acceptance of this Rule 68 Offer of Judgment will act to release and discharge Defendants from any and all claims that have been alleged or could have been alleged by Plaintiff in this action, including, without limitation, any and all claims under the New York labor Law, Fair Labor Standards Act, the New York State Human Rights Law, The New York City Human Rights Law and Title VII of the Civil Rights Act of 1964. Pursuant to Rule 68, this Rule 68 Offer of Judgment shall be deemed withdrawn unless Plaintiff serves written notice of his acceptance within fourteen (14) days of the date on which this Rule 68 Offer of Judgment was served.

Dated: New York, New York
September _____, 2025
9/22/2025

/s/ *Avram E. Frisch*
ID DfqzeLLCXfatU8AQwch8pthU

By: Avram Eliezer Frisch
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352

2

                frischa@avifrischlaw.com
                *Attorneys for Defendants*

TO: Robert Jun, Esq.
   Michael Faillace & Associates, P.C.
   One Grand Central Place
   60 East 42nd Street, Suite 4510
   New York, NY 10165
   (tel) 212-317-1200
   (fax) 212-317-1620
   *Attorneys for Plaintiff*

## eSignature Details

**Signer ID:** **DfqzeLLCXfatU8AQwch8pthU**
Signed by: Avram Frisch
Sent to email: frischa@avifrischlaw.com
IP Address: 74.105.15.149
Signed at: Sep 22 2025, 12:50 pm EDT