**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
ORLANDO OLAYA DIAZ, *individually and*
*on behalf of others similarly situated,*

                    *Plaintiff*,

    -against-

KER GEOTECH INC., GABRIEL CIRCIU,
and MIKE STOICA,

                    *Defendants,*

--------------------------------------------------------X

Index No.: 1:25-cv-01450-DEH-VF

**AFFIRMATION OF SERVICE**

      I, Robert Jun, an attorney licensed to practice in this state and before this court, affirm under penalty of perjury that (a) on September 23, 2025, I accepted service, on behalf of Plaintiff ORLANDO OLAYA DIAZ, of the Offer of Judgment, dated September 22, 2025, extended by Defendants KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA, said Offer of Judgment having been transmitted to me on September 22, 2025, via electronic mail by Defendants' counsel, Avram Eliezer Frisch, Esq., from the electronic mail frischa@avifrischlaw.com; and that (b) on September 22, 2025, I served Plaintiff's acceptance of said Offer of Judgment upon the offering Defendants.

      Dated: September 23, 2025

                                                /s/ Robert Jun
                                                Robert Jun, Esq.
                                                Michael Faillace & Associates, P.C.
                                                60 East 42nd Street, Ste. 4510
                                                New York, New York 10165
                                                Tel: (212) 317-1200
                                                Email: robert@faillacelaw.com
                                                *Attorney for Plaintiff*