**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ORLANDO OLAYA DIAZ, *individually and on behalf of others similarly situated,*

                      *Plaintiff*,

       -against-

KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA,

                      *Defendants,*
-------------------------------------------------------------X

Civil Action No. **1:25-cv-01450**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On September 23, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ORLANDO OLAYA DIAZ, has judgment against KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA, jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2025

                                                         _____
                                                         HON. JUDGE VALERIE FIGUEREDO
                                                            U.S. MAGISTRATE JUDGE