UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ORLANDO OLAYA DIAZ, *individually and on behalf of others similarly situated,*

                                                *Plaintiff,*

Civil Action No. **1:25-cv-01450**

                -against-

[Proposed Form Of]
**JUDGMENT**

KER GEOTECH INC., GABRIEL CIRCIU,
and MIKE STOICA,

                                              *Defendants,*
-------------------------------------------------------------------X

## JUDGMENT

    On September 23, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiff, ORLANDO OLAYA DIAZ, has judgment against KER GEOTECH INC., GABRIEL CIRCIU, and MIKE STOICA, jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), which is inclusive of attorneys' fees and costs. The Clerk of Court is respectfully directed to enter judgment and close this case.

Dated:    September 25, 2025
           New York, New York

                                          _____
                                          HON. JUDGE VALERIE FIGUEREDO
                                          U.S. MAGISTRATE JUDGE
                                          Dale E. Ho
                                          United States District Judge