**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
ORLANDO OLAYA DIAZ, *individually and on behalf of others similarly situated*,

                          *Plaintiff,*

-against-

KER GEOTECH INC., GABRIEL CIRCIU,
And MIKE STOICA,

                          *Defendants.*
------------------------------------x

Case No.: **1:25-cv-01450-DEH-VF**

SATISFACTION OF JUDGMENT

    WHEREAS, a judgment was entered in the above action on the 11th day of February 2026, in favor of Plaintiff Orlando Olaya Diaz, in the amount of $70,000.00, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
         February 11, 2026

                                          Robert Jun, Esq.
                                          MICHAEL FAILLACE & ASSOCIATES, P.C.
                                          60 East 42nd St. Suite 4510
                                          New York, NY 10165
                                          Tel: (212) 317-1200; Fax: (212) 317-1620
                                          Email: robert@faillacelaw.com
                                          *Attorneys for Plaintiff*

STATE OF NEW YORK    )

          )    ss:

COUNTY OF NEW YORK    )

On the 11th day of February 2026, before me personally came Robert Jun, to me known and known to be an associate attorney of the firm Michael Faillace & Associates, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Michael Faillace
Notary Public-State of NY.
Reg 02FA0036232
My Commission Expires 4/16/2029